IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01193-WDM-MEH

MESA OIL, INC.,

    Plaintiff,

v.

NU VU FARMS, LLC,

    Defendant.

_____

## ORDER STRIKING ANSWER
_____

    The "Response to General Allegations" of Nu Vu Farms, LLC is stricken as it is not signed by an attorney authorized to practice law in this court.  It is the law of this Circuit that a corporation may appear in this court only by representation of a duly licensed attorney.  *Flora Construction Co. v. Fireman's Fund Insurance Co.,* 307 F.2d 413, 414 (10th Cir. 1962); D.C.COLO.LCivR 11.

    Accordingly, the Response to General Allegations filed on behalf of Nu Vu Farms, LLC, is stricken.

    DATED at Denver, Colorado, on July 18, 2006.

    BY THE COURT:

    s/ Walker D. Miller
    United States District Judge

PDF FINAL