IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01193-WDM-MEH

MESA OIL, INC.,

    Plaintiff,

v.

NU VU FARMS, LLC,

    Defendant.

_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

Miller, J.

In light of the Notice of Bankruptcy Stay filed January 16, 2007, by defendant, this case shall be administratively closed pending the resolution of defendant's Chapter 7 proceedings.

If no action is taken to reopen this case on or before January 16, 2008, the case will be dismissed without prejudice without further notice to any party.

DATED at Denver, Colorado, on January 16, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL